# MOTION DOCKET

**98–235. O'Sullivan v. Provident Bancorp, Inc.**
Hamilton App. No. C–970141. On motion to strike appellant's merit brief and on motion to dismiss appeal. Motions denied. ·

**98–913. State v. Green.**
Lucas C.P. No. 971450. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion for extension of time for transmission of the record,

IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, granted, and the time for transmitting the record is extended to August 20, 1998.

**98–1218. State v. Kent.**
Jackson App. No. 96CA794. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**98–1256. State v. Jones.**
Athens App. No. 97CA42. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay pending resolution of case No. 97–1985,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.

**98–1324. Hanley v. Hanley.**
Pickaway App. No. 97CA35. On motion for stay. Motion denied.

MOYER, C.J., dissents.

**98–1363. Reese v. Price.**
Erie App. No. E–97–086. On motion for stay of court of appeals' judgment. Motion granted.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

# DISCRETIONARY APPEALS ALLOWED

**98–918. In re Adoption of Eblin.**
Marion App. No. 9–97–64.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

**98–946. McGuire v. Lovell.**
Marion App. No. 9–97–77.

PFEIFER, J., dissents.

**98–1016. State v. Nicholas.**
Warren App. Nos. CA97–04–035, CA97–04–036, CA97–05–040, CA97–05–044, CA97–05–045, CA97–05–046, CA97–05–047, CA97–05–052, CA97–06–063. Discretionary appeal allowed on Propositions of Law Nos. I and II; *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1020. Takach v. Am. Med. Technology, Inc.**
Cuyahoga App. No. 72247.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.